# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of

T-Mobile for any and all documents, data and information, including location information, relating to the investigation of unlawful legal demands submitted to T-Mobile by Matthew Marre and any co-conspirators from March 20, 2018 to November 08, 2018. more fully described in Attachment A, attached hereto,

)
)
)   Case No.   19-SW-5173-SKC
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__,

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

The person or property to be searched, described above, is believed to conceal

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __02/22/19__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

__Magistrate Judge S. Kato Crews__.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 02/08/2019, 5:00 pm                          *S. [signature]*
                                                                                                     *Judge's signature*

City and state:   Denver, Colorado                                 Magistrate Judge S. Kato Crews
                                                                                                   *Printed name and title*

|  | *Return* |  |
|---|---|---|
| *Case No.:* 19sw05173-SKC | *Date and time warrant executed:* 02/08/2019 | *Copy of warrant and inventory left with:* submitted to T-Mobile Legal compliance |
| *Inventory made in the presence of :* FBI TFO Christopher Pyler ||||

*Inventory of the property taken and name of any person(s) seized:*

1. Records received.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
7/11/19
**JEFFREY P. COLWELL, CLERK**

*Certification*

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

*Date:* 04/25/2019

s/ Michael Thrapp
*Executing officer's signature*

Michael A Thrapp/ FBI Task Force Officer
*Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

This warrant applies to T-Mobile, located at 4 Sylvan Way Parsippany, NJ 07054, for information that is stored at premises owned, maintained, controlled, or operated by T-Mobile for any and all documents, data and information, including location information, relating to the investigation of unlawful legal demands submitted to T-Mobile by Matthew Marre and any co-conspirators from March 20, 2018 to November 08, 2018.

# ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

All evidence and instrumentalities of violations of 18 U.S.C. § 2701, including the following:

1. Any and all documents, data and information, including location information, relating to the investigation of unlawful legal demands submitted to T-Mobile by Matthew Marre and any co-conspirators from March 20, 2018 to November 08, 2018. more fully described in Attachment A, attached hereto,